United States District Court
Southern District of Texas
**ENTERED**
February 07, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER SMITH on behalf of himself individually, and ALL OTHERS SIMILARLY SITUATED<br><br>Plaintiffs,<br><br>v.<br><br>HOUSTON EMERGENCY AUTO RESCUE AND TRUCKING and THE AMERICAN AUTOMOBILE ASSOCIATION<br><br>Defendants. | § § § § § § § § § § § § § § § § § § | Civil Action No. 4:18-cv-00238<br><br>COLLECTIVE ACTION<br>(JURY TRIAL) |

## ORDER OF DISMISMISSAL WITHOUT PREJUDICE

Came on to be considered the Notice of Dismissal filed in this cause by Christopher Smith.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims and causes of action brought by Plaintiff Christopher Smith against Houston Emergency Auto Rescue and Trucking and The American Automobile Association., in this action are dismissed *without prejudice*. All attorney's fees, costs and expenses are taxed against the party that incurred same.

All other relief not expressly granted in this order is denied.

SIGNED this 7th day of February, 2018.

THE HONORABLE MELINDA HARMON
SOUTHERN DISTRICT OF TEXAS